UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff* | * | CIVIL NO.  25-CV-1683 |
| v. | * | **VERIFIED COMPLAINT FOR FORFEITURE *IN REM*** |
| $144,014.81 IN PROCEEDS SEIZED FROM WELLS FARGO BANK ACCOUNT NO. ENDING IN 8893; $160,261.87 IN PROCEEDS SEIZED FROM WELLS FARGO ACCOUNT NO. ENDING IN 2554; AND $29,009.00 IN PROCEEDS SEIZED FROM JPMORGAN CHASE ACCOUNT ENDING IN 6682.<br>    *Defendants in rem* | * * * | |

\*   \*   \*   \*   \*   \*   \*   \*

## **VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

Plaintiff, the United States of America, through the undersigned Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### I.   NATURE OF THE ACTION

1. This is a civil action in rem brought to forfeit and condemn to the use and benefit of the United States of America funds involved in violations of federal law.

2. The Defendant Property constitutes or is derived from proceeds traceable to violations of 18 U.S.C. §1343 (wire fraud).

3. Accordingly, the Defendant Property is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) as property which constitutes or is derived from proceeds traceable to a violation of a specified unlawful activity as defined in Section 1956(c)(7).

## II. DEFENDANT *IN REM*

4. The *in rem* defendant is:

   (a) ONE HUNDRED FORTY FOUR THOUSAND AND FORTEEN DOLLARS AND EIGHT-ONE CENTS, seized from Wells Faro Bank account number ending in 8893, held in the name of TA LOVING LLC, which was seized on or about June 10, 2025 by the United States Secret Service pursuant to a seizure warrant issued by the United States District Court for the Eastern District of Louisiana;

   (b) ONE HUNDRED SIXTY THOUSAND TWO HUNDRED SIXTY-ONE DOLLARS AND EIGHTY-SEVEN CENTS, seized from Wells Fargo Bank account number ending in 2554, held in the name of Wilcoxx Group, LLC, which was seized on or about June 10, 2025 by the United States Secret Service pursuant to a seizure warrant by the United States District Court for the Eastern District of Louisiana;

   (c) TWENTY-NINE THOUSAND NINE DOLLARS, seized from JPMorgan Chase account number ending in 668, held in the name of Yahara Extension's Service Limited, which was seized on or about September 6, 2022, by the United States Secret Service pursuant to a seizure warrant by the United States District Court for the Eastern District of Louisiana.

5. The funds are currently in the custody of the USSS.

### III. JURISDICTION AND VENUE

6. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

7. Venue is property in this district pursuant to 28 U.S.C. § 1355(b)(1)(A) because the acts or omissions giving rise to the forfeiture occurred in the Eastern District of Louisiana. The United States still requests, pursuant to 28 U.S.C. § 1355(b)(2) and Rule G(3)(c) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, that a warrant for arrest *in rem* be issued for execution in the district where the Defendant Property is located.

8. The Plaintiff is the United States of America, a sovereign nation authorized to sue.

### IV. FACTUAL ALLEGATIONS

9. On or about June 8, 2022, the USSS New Orleans Field Office (FO) was contacted by Liberty Self Storage in Covington, Louisiana to report that they were the victims of a Business Email Compromise (BEC) in the amount of $475,180.00.

10. On or about June 9, 2022, Special Agent (SA) Raluca Stewart interviewed Niki Martin (Martin) and Tammy Nelsen (Nelsen) at 7037 Hwy 190 E. Service Road in Covington, Louisiana. Martin stated that she was in the process of purchasing Wind and Hale insurance for Liberty Self Storage, when she believes she became the victim of a BEC. On or about May 10th and 11th, 2022, Martin began exchanging emails with Nancy Bishop (Bishop) and Stephan Stefanski (Stefanski) from Assured Partners regarding insurance quotes.

11. On or about May 17, 2022, Martin received the final offer and finance options from Bishop via the true email account, Nancy.bishop@assuredpartners.com.

12. On or about May 19th, 2022, Martin received an email from Nancy.bishop@assuredp**at**ners.com inquiring about the payment method preferred. An additional email account, Stephen.stefanski@assuredp**at**ners.com, was carbon copied. At the time, Martin

3

did not realize the email addresses omitted the letter "r." Furthermore, Martin continued corresponding with the fraudulent email account.

13. On or about May 23, 2022, Nelsen made the initial payment of $475,180.20, from Liberty Self Storage's Resource Bank account ending in 2504, to Assured Partners, using the instructions sent via email by Nancy Bishop's true email account. Later that day Nelsen received an email from Nancy.bishop@assured**pat**ners.com that contained new payment instructions, which included using automated clearing house (ACH) to electronically transfer the payment to account number 1110020398438 at Truist Bank, via routing number 061113415. Nelsen replied to the email advising that she had already made the payment and attached the confirmation email. Nelsen received a response from Nancy.bishop@assured**pat**ners.com, advising that the payments had been voided per Martin's request earlier that day. Nelsen followed the new payment instructions and sent $475,180.20 via ACH to account number 1110020398438.

14. On or about June 6, 2022, Bishop informed Liberty Self Storage that Assured Partners never received the payment. After verifying bank account information, Nelsen confirmed that the payment had cleared the bank, however it had been transferred to the incorrect account. After receiving that information, Martin and Nelsen were able to locate emails from Assured Partners that were filtered directly to the trash folder.

15. On or about June 14, 2022, Collin Camp from Network Logic, the IT company servicing Liberty Self Storage, emailed TSA Worrell and stated his analysis of computer logs came back inconclusive, and only showed a "failure to log in" attempt from Taiwan and Russia. SA Henry Thomasson attempted to contact Assured Partners however he was unsuccessful.

16. On or about June 13, 2022, Detective Donald Plaisance from St. Tammany Parish Sheriff's Office (STPSO) subpoenaed Truist Bank (Truist) requesting bank records for account number 1110020398438. According to documents provided by Truist, the bank account was opened by Kathleen Bei (DOB 06-18-1995) on May 10, 2022 with a $100 deposit, in the name of Aquavit Holding LLC, of 718 Castlebrooke Way SE, Lawrenceville, GA, 30045. On May 25, 2022, the $475,180.20 transferred into the account via wire, in the name of Assured Partners. On May 27, 2022, three checks were written for $165,000.00, $160,000.00, and $145,000.00. All three deposited into different banks, Chase, and Wells Fargo respectively: Wells Fargo account number 8436452554, $160,261.87 Wells Fargo account number 2670998893, $144,014.81, and Chase Bank account number 839976682, $165,000.00.

17. Investigation revealed that when the $165,000.00 was deposited on June 8, 2022 into Chase Bank account number 839976682, two Cashier Checks came out in the amounts of $85,000.00 to Lakeside Cleaning Service and $50,000.00 to Jewelry Unlimited. An attempt to withdraw the remaining $30,000.00 in cash was made, however, it was denied. On June 10, 2022, two Zelle payments in the amount of $500.00 each went to a female identified as Lydia Aigbokhai (also known as Yahara Daniels). This is how the $165,000.00 was depleted down to the $29,009.00 remaining in the account.

18. In addition, in the Truist Bank account number 1110020398438 from the initial $475,180.20 deposit, there is a remainder amount of $1,596.20.

19. Aquavit Holding LLC is listed in an investigation conducted by Wells Fargo's Financial Crimes Investigations (FCI). According to the report, on May 27, 2022 check #862 drawn on Truist Bank account number 1110020398438 with maker Aquavit Holding LLC payable to Willcoxx Group Inc for $160,000 was deposited into the account at a branch in Stone Mountain,

GA. FCI considers the following businesses to be suspects in this activity as they do not appear to be legitimate and all appear to be involved in BEC fraud: Willcoxx Group Inc., Cortez Group Inc., Macklin Group LLC, Jessick Promotions LLC, Multichoice Concept Limited, and Aquavit Holding LLC, India Printup, Michael Wilcox, Marquel Cortez.

20. Aquavit Holding LLC is also listed in an investigation conducted by PNC Bank. The total suspicious activity amount is $349,011.58. PNC Bank opened business checking account number 5535844974 and debit card 4034933075049993 on May 4, 2022 titled Aquavit Holding LLC. Kathleen Brei is the authorized signer on the account.

## CLAIM FOR RELIEF

The defendant property constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. 1343 (wire fraud). As such, the Defendant Property is subject to forfeiture to the United States pursuant to: 18 U.S.C. § 981(a)(l)(C), which provides for the civil forfeiture of "[a]ny property, real or personal, which constitutes or is derived from proceeds traceable to a violation of" any offense constituting "specified unlawful activity" as defined in 18 U.S.C. § 1956(c)(7), including offenses under 18 U.S.C. § 1343.

## PRAYER FOR RELIEF

**WHEREFORE,** plaintiff, the United States of America, respectfully requests that:

A. That a warrant of arrest in rem be issued for the Defendant Property;

B. That due notice be given to all interested parties to appear to show cause why the forfeiture should not be decreed;

C. That the Defendant Property be condemned and forfeited to the United States of America for disposition according to law; and

D. That the United States be granted such other relief as this Court may deem just and proper.

          Respectfully submitted,

          MICHAEL M. SIMPSON
          ACTING UNITED STATES ATTORNEY

          */s/Alexandra Giavotella*
          ALEXANDRA GIAVOTELLA (La. 38005)
          Assistant United States Attorney
          650 Poydras Street, Suite 1600
          New Orleans, LA 70130
          Telephone: (504) 680-3065
          Email: alexandra.giavotella@usdoj.gov

**PLEASE ISSUE AND SERVE WARRANT OF ARREST IN REM ON THE FOLLOWING PROPERTY PURSUANT TO RULE G(3)(b)((i):**

**Located at:**
**United States Secret Service**
**Attn: Special Agent, Christian Ruiz**
**3900 N. Causeway Boulevard, STE. 1400**
**Metairie, Louisiana 70002**

## **VERIFICATION**

I, CHRISTOPHER WIEST, hereby verify and declare under penalty of perjury that I am a Special Agent with the United States Secret Service, that I have read the foregoing Verified Complaint in Rem and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent with the United States Department of Homeland Security.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated this 15th of August, 2025.

/s/Christian Ruiz
CHRISTOPHER WIEST
SPECIAL AGENT
UNITED STATES SECRET SERVICE
DEPARTMENT OF HOMELAND SECURITY